IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>      Defendants. | Case No. 25-cv-03777 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Nike, Inc. certifies that it does not have a parent corporation, and, in accordance with Local Rule 3.2, discloses that the following entities or individuals own 5% or more of Nike, Inc. stock: The Vanguard Group; BlackRock, Inc.; and Swoosh, LLC.

Dated this 8th day of April 2025.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Nike, Inc.*