IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANZHOU YIYI SHOE INDUSTRY CO., LTD. and THE INDIVIDUAL AND ENTITIES OPERATING QUANZHOU YIYI SHOE INDUSTRY CO., LTD., <br><br> Defendants. | Case No. 25-cv-03777 <br><br> **Judge Jeremy C. Daniel** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

ORDER

THIS CAUSE being before the Court on Plaintiff Nike, Inc.'s ("Plaintiff") Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motion") against Quanzhou Yiyi Shoe Industry Co., Ltd. and the Individuals and Entities Operating Quanzhou Yiyi Shoe Industry Co., Ltd. ("Defendants") identified in Schedule A to the Amended Complaint (the "Seller Alias"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety. Accordingly, this Court orders that:

1. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order, and other relevant documents on a website, and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Quanzhou Yiyi Shoe Industry Co., Ltd. and the Individuals and Entities Operating Quanzhou Yiyi Shoe Industry Co., Ltd." that shall apply to all Defendants. The combination of providing notice via electronic publication and e-

mail shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Dated this 30th day of July 2025.

_____
Jeremy C. Daniel
United States District Judge