UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NIKE, INC.,
      Plaintiff

v.

QUANZHOU YIYI SHOE INDUSTRY CO., LTD. and THE INDIVIDUAL AND ENTITIES OPERATING QUANZHOU YIYI SHOE INDUSTRY CO., LTD.,
      Defendants.

No. 25-cv-03777

Judge Jeremy C. Daniel

## DEFAULT JUDGMENT

Because the defendant has failed to plead or otherwise defend, and because the plaintiff has shown that failure by affidavit, the Court hereby enters default judgment for the plaintiff pursuant to Fed. R. Civ. P. 55(b)(2), as follows:

1. The defendant, its officers, agents, servants, employees, and attorneys are permanently enjoined from:

    a. using the plaintiff's trademarks covered by U.S. Registration Nos. 977190, 1145473, 1323343, 4704672, 1284385, 1990180, 6368694, 3725535, 1370283, 1558100, 1742019, 1571066, 1284386, 1237469, 1325938, 1772987, 978952, 1153938, 1214930, 1945654, 1277066, 4704670, 1200529, 2164810, and 3721064, including any reproductions, counterfeit copies, or colorable imitations in any manner in connection

with the distribution, marketing, advertising, offering for sale, or sale of any product that is not genuine or authorized by the plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product that is not a genuine product, produced under the authorization, control, or supervision of the plaintiff, or approved for sale by the plaintiff under or in connection with the plaintiff's trademark(s);

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for the plaintiff, nor authorized by the plaintiff to be sold or offered for sale, and which bear any of the plaintiff's trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

    2. Pursuant to 15 U.S.C. § 1117(c)(2), the Court awards statutory damages to the plaintiff in the amount of $10,000 based on the defendant's willful use of a counterfeit mark.

Date: October 10, 2025

JEREMY C. DANIEL
United States District Judge